# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Samuel Wallace, | No. CV-23-01233-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Leuck, | |
| Defendant. | |

Defendant Deputy Brandon Leuck having filed an Unopposed Motion for Status Conference (Doc. 130) and with good cause shown,

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that the Warden of the Arizona State Prison Complex in Buckeye, Arizona – Morey Unit, shall make Inmate THOMAS S. WALLACE, Inmate #374863, available to appear by way of teleconference from Buckeye, AZ, 85326 for purposes of participating in a telephonic status conference set before the Honorable Stephen M. McNamee on **Friday, January 16, 2026 at 9:30 a.m.** Said telephonic status conference is scheduled for 30 minutes.

**IT IS FURTHER ORDERED** that counsel for Defendant shall arrange inmate Wallace's appearance by way of teleconference.

Dated this 13th day of January, 2026.

Honorable Susan M. Brnovich
United States District Judge