# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Samuel Wallace, | No. CV-23-01233-PHX-SMB |
| Plaintiff, | **SECOND AMENDED ORDER FOR WRIT TO ISSUE** |
| v. | |
| Unknown Leuck, | |
| Defendant. | |

**IT IS ORDERED** the Clerk of this Court is hereby instructed to issue a Writ of Habeas Corpus to the Warden of the Arizona State Prison Lewis Complex in Buckeye Arizona – Morey Unit, or to his authorized Deputy to bring Plaintiff **Thomas Samuel Wallace, #374863**, to the Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix, Arizona, Courtroom 506, for the purpose of participating in a Final Trial Management Conference before the Honorable Susan M. Brnovich on **June 22, 2026 at 11:00 a.m.,** and for a Jury Trial on **June 23, 2026 at 8:45 a.m.,** and continuing until excused by the Court.

Dated this 16th day of January, 2026.

Honorable Stephen M. McNamee for
Honorable Susan M. Brnovich
United States District Judge

cc: USMS by CD on 1/16/2026